UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | |
|---|---|
| LINA ANDREA GOMEZ CIFUENTES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 3:19-cv-00232-RLY-MPB |
| ) | |
| JOHN WILLIAM ZIERTEN, ) | |
| ) | |
| Defendant. ) | |

**ENTRY DISMISSING CASE FOR LACK OF SERVICE**

In November 2020, the court attempted to serve Defendant John William Zierten, but attempts to serve him were unsuccessful. On October 19, 2021, Magistrate Judge Brookman ordered Plaintiff to show cause by November 15, 2021, why this case should not be dismissed for lack of service. That deadline passed, and Judge Brookman recommended that this case be dismissed. To date, Plaintiff has not responded. In accordance with Judge Brookman's recommendation, the court now **DISMISSES** this case **without prejudice** for lack of service. Fed. R. Civ. P. 4(m).

**IT IS SO ORDERED** this 25th day of March 2022.

> RICHARD L. YOUNG, JUDGE
> United States District Court
> Southern District of Indiana

Distributed Electronically to Registered Counsel of Record.